Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff Jacob Scheibe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SCHEIBE, *on behalf of all those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> THE HEALTH AND WELLNESS CENTER, INC. dba Dr. Berg Nutritionals, *a Virginia corporation*, <br><br> Defendant. | Case No. 3:23-cv-00084-DMS-JLB <br><br> **UNOPPOSED MOTION FOR STAY AND NOTICE OF SETTLEMENT** |

Plaintiff Jacob Scheibe hereby gives notice to the Court that the parties have reached an agreement in principle that will resolve all pending claims between them. The agreement in principle requires that the settlement be finalized and completed within 30 days, at which point (or before) a motion to dismiss all claims against Defendant.

Accordingly, Plaintiff files this motion for a stay of all pending deadlines and scheduled events for 35 days, until and including February 29, 202, for purposes of finalizing the settlement. This stay is not sought for the purpose of delay but so that justice may be served. Counsel for Defendant has reviewed and does not oppose this Motion.

| | | |
|---|---|---|
| 1 | DATED: December 29, 2023 | Respectfully submitted, |
| 2 | | /s/ *Charles C. Weller* |
| 3 | | Charles C. Weller (SBN: 207034)<br>Attorney for Plaintiff |
| 4 | | |
| 5 | **SEEN AND AGREED:** | |
| 6 | /s/ *Peter A. Arhangelsky*<br>Peter A. Arhangelsky | |
| 7 | EMORD &amp; ASSOCIATES PC<br>2730 S. Val Vista Dr. | |
| 8 | Bldg. 6, Ste. 133<br>Gilbert, AZ 85295-1602 | |
| 9 | 602-388-8899<br>Email: parhangelsky@emord.com | |
| 10 | | |
| 11 | *Attorneys for Defendant* | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, December 29, 2023, I caused the foregoing to be filed into the docket of this matter via the Clerk of Court's CM/ECF system, which filing caused service to be made on all counsel of record.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff