Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff Jacob Scheibe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SCHEIBE, *on behalf of all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE HEALTH AND WELLNESS CENTER, INC. dba Dr. Berg Nutritionals, *a Virginia corporation,*<br><br>Defendant. | Case No. 3:23-cv-00084-DMS-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses this action WITH PREJUDICE.

DATED: February 12, 2024        Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff

1  **SEEN AND AGREED:**

2
   /s/ *Peter A. Arhangelsky*
3  Peter A. Arhangelsky
   EMORD &amp; ASSOCIATES PC
4  2730 S. Val Vista Dr.
   Bldg. 6, Ste. 133
5  Gilbert, AZ 85295-1602
   602-388-8899
6
   Email: parhangelsky@emord.com
7

8  *Attorneys for Defendant*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, February 12, 2024, I caused the foregoing to be filed into the docket of this matter via the Clerk of Court's CM/ECF system, which filing caused service to be made on all counsel of record.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff